## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA INZINGA, | ) | Case No. 2:18-cv-00420-NBF |
| | ) | |
| Plaintiff, | ) | Judge Nora Barry Fischer |
| | ) | |
| v. | ) | |
| | ) | *Electronically Filed* |
| CITIMORTGAGE, INC., | ) | |
| | ) | **JOINT STIPULATION** |
| Defendant. | ) | |
| | ) | |

### JOINT STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Pursuant to Rule 7(E) of the Local Rules for the United States District Court for the Western District of Pennsylvania, plaintiff Lisa Inzinga ("Plaintiff") and defendant CitiMortgage, Inc. ("Defendant") stipulate that Defendant is granted an extension of time for filing an answer to the Complaint until May 1, 2018.

Dated:  April 5, 2018

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Jeffrey L. Suher | /s/ Erin Fleury |
| *Signed with permission* | Erin Fleury (PA 320545) |
| Jeffrey L. Suher | K&L Gates LLP (Firm # 148) |
| Dell, Moser, Lane & Loughney, LLC | K&L Gates Center |
| Two Chatham Center, Suite 1500 | 210 Sixth Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222-2613 |
| Telephone: (412) 471-1180 | Telephone: (412) 355-6500 |
| JLS@DellMoser.com | Erin.Fleury@klgates.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2018, a true and correct copy of the foregoing Joint Stipulation for Extension of Time to File Answer to Complaint was served electronically on the following counsel of record:

>Jeffrey L. Suher, Esquire
>Dell, Moser, Lane & Loughney, LLC
>Two Chatham Center, Suite 1500
>Pittsburgh, PA 15219

                                  /s/ Erin Fleury
                                  Erin Fleury