UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA INZINGA, | ) | Case No. 2:18-cv-00420-NBF |
| | ) | |
| Plaintiff, | ) | Judge Nora Barry Fischer |
| | ) | |
| v. | ) | |
| | ) | *Electronically Filed* |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS

Select one of the following processes:

    __X__ Mediation
    _____ Early Neutral Evaluation (ENE)
    _____ Court sponsored Binding1 Arbitration
    _____ Court sponsored Non-binding Arbitration
    _____ Other (please identify process and provider)

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

### II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

    __50__ % by Plaintiff(s)
    __50__ % by Defendant(s)
    __0__ % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

### III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

    Name of Neutral: Carole Katz

    Address of Neutral: 6448 Melissa Street, Pittsburgh, PA 15206

    Telephone & FAX Numbers: (T) 412.916.4874   (F) 412.774.2641

    Email address of Neutral: Carole@carolekatz.com

    **Date of ADR Session**: Pending confirmation by the parties

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

### IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

    For Plaintiff:    Lisa Inzinga, Plaintiff

    For Defendant:    Jason Whitcomb, Assistant General Counsel of Citibank N.A.

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.

### V. ACKNOWLEDGMENT

    We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

| | |
|---|---|
| */s/ Jeffrey Suher* | */s/ Erin Fleury* |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| May 10, 2018 | May 10, 2018 |
| Dated | Dated |