UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA INZINGA, ) | Case No. 2:18-cv-00420-NBF |
| ) | |
| Plaintiff, ) | Judge Nora Barry Fischer |
| ) | |
| v. ) | |
| ) | *Electronically Filed* |
| CITIMORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

## REPORT OF COUNSEL REGARDING ADR SCHEDULING

Pursuant to Paragraph (e) of this Court's Order Referring Case to Alternative Dispute Resolution (Dkt. 16), counsel for CitiMortgage, Inc. reports that they have met and conferred with the appointed neutral, Carole Katz, and with counsel for Lisa Inzinga, Jeffrey Suher, regarding the scheduling of mediation.  Counsel reports as follows:

1) The mediation has been scheduled to commence at 10 a.m. on July 17, 2018.

2) The mediation shall take place at the offices of K&L Gates LLP, 210 Sixth Avenue, Pittsburgh, Pennsylvania, 15222.

3) The following principals for each party, with full settlement authority, plan to attend:

   For Plaintiff:     Lisa Inzinga, Plaintiff
   For Defendant:  Jason Whitcomb, Assistant General Counsel of Citibank N.A.

4) There are no relevant insurance representatives that shall be required to attend.

The court shall be promptly noticed of any changes to the date or attendees of the scheduled mediation.

Dated: May 24, 2018                                          Respectfully submitted,

                                                                              */s/ Erin Fleury*
                                                                              Erin Fleury (PA 320545)
                                                                              K&L Gates LLP (Firm # 148)
                                                                              K&L Gates Center

210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone: (412) 355-6500
Fax: (412)355-6501
Erin.Fleury@klgates.com

David E. Fialkow (MA 666192)
*Admitted Pro Hac Vice*
K&L Gates LLP (Firm # 148)
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile:  (617) 261-3175
David.Fialkow@klgates.com

*Counsel for Defendant CitiMortgage, Inc.*